Susan M. Natland (SBN 198100)
susan.natland@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Hans L. Mayer (SBN 291998)
hans.mayer@knobbe.com
Katherine R. McMorrow (SBN 315723)
kate.mcmorrow@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Attorneys for Plaintiff
PUBLIC STORAGE OPERATING COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC STORAGE OPERATING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. BURRUS Family trust D/B/A MINI PUBLIC STORAGE<br><br>Defendant. | Case No. 8:23-cv-01190-FWS-DFM<br><br>**PLAINTIFF'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 3, 2024<br>Time: 10:00 a.m.<br>Hon. Fred W. Slaughter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, October 3, 2024, at 10:00 a.m. before the Hon. Fred W. Slaughter, Plaintiff Public Storage Operating Company will, and hereby does, cross-move the Court pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment in Plaintiff's favor on Defendant Charles D. Burrus Family Trust d/b/a Mini Public Storage's statute of limitations and laches defenses.

This Motion is made pursuant to the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Declaration of Hans L. Mayer and the exhibits thereto, the Proposed Order filed herewith, any supporting documents that may subsequently be filed, and any oral argument the Court may consider at the hearing.

This Cross-Motion is made following a pre-filing conference of counsel that was held on July 10, 2024 pursuant to L.R. 7-3 and the August 19, 2024 Order regarding the filing procedure for the parties' motions for summary judgment. Dkt. 45 at 2-3.

KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: September 5, 2024     By: */s/ Hans L. Mayer*
　　　　　　　　　　　　　　　　Susan M. Natland
　　　　　　　　　　　　　　　　Hans L. Mayer
　　　　　　　　　　　　　　　　Katherine R. McMorrow

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　PUBLIC STORAGE OPERATING COMPANY

-1-